CARRIE MILLER, an Infant, by ELIZABETH MILLER, Her
Guardian ad Litem, Respondent, *v.* THE CITY OF NEW
YORK, Appellant.

*Miller* v. *City of New York*, 163 App. Div. 972, affirmed.
(Argued April 25, 1916; decided May 9, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered June 29, 1914, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover for
personal injuries alleged to have been sustained by plain-
tiff through the negligence of defendant in permitting a
defect, to remain in one of its sidewalks, by stepping into
which plaintiff alleged she received the injuries com-
plained of.

*Lamar Hardy, Corporation Counsel (Edward A.
Freshman* and *Thomas F. Magner* of counsel), for
appellant.

*Adolph L. Pincoffs* and *Frederick S. Martyn* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, HOGAN, CARDOZO and SEABURY, JJ.

---

WILLIAM W. FARLEY, as State Commissioner of Excise,
Respondent, *v.* CHARLES BUCHMULLER et al.,
Appellants.

*Farley* v. *Buchmuller*, 167 App. Div. 915, affirmed.
(Argued April 24, 1916; decided May 9, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered March 1, 1915, affirming a judgment in favor of